UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARMONY HEALTHCARE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMARITAN SENIOR VILLAGE, INC. d/b/a SAMARITAN SUMMIT VILLAGE, <br><br> Defendant. | Civil Case No.: 1:20-CV-12135 (DPW) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The defendant, Samaritan Senior Village, Inc. d/b/a Samaritan Summit Village (hereinafter, "Samaritan" or "defendant") hereby moves the Court for leave to file a Reply Brief in response to the plaintiff's Opposition to the defendant's Motion to Dismiss the Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

As grounds for this request, defendant states that on December 21, 2020 the plaintiff filed a twenty (20) page Opposition Brief setting forth its arguments in opposition to the defendant's Motion to Dismiss. Attached to the Opposition Brief were two (2) exhibits and a fourteen (14) page affidavit of the plaintiff's president, Kris Mastrangelo, containing one hundred and eight (108) paragraphs. The defendant seeks leave to file a Reply Brief no longer than seven (7) pages to distinguish facts and issues of law relied upon in the Opposition Brief and its exhibits.

**WHEREFORE**, the defendant respectfully requests that its Motion for Leave to File a Reply Brief be allowed and that the defendant be allowed to file a Reply Brief no longer than seven (7) pages in response to the plaintiff's Opposition Brief.

| | |
|---|---|
| **DATED:**  December 23, 2020 | Defendant,<br>Samaritan Senior Village, Inc. d/b/a Samaritan Summit Village,<br><br>By Its Attorneys,<br><br>*/s/ Gareth W. Notis*<br>_____<br>Gareth W. Notis, BBO #637814<br>gnotis@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Phone:  617-439-7500<br>Fax: 617-342-4821 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2020

 /s/ *Gareth W. Notis*
Gareth W. Notis